# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| KATHRYN E. WOLVERTON, DEBORAH GREENE, and MICHAEL GREENE,<br><br>           Plaintiffs,<br>    vs.<br><br>NATIONAL DEFAULT SERVICING CORP., CHICAGO TITLE AGENCY OF NEVADA, INC., and MERSCORP, INC.,<br><br>           Defendants. | Case No.: 2:11-cv-00628-GMN-CWH<br><br>**ORDER OF DISMISSAL WITHOUT PREJUDICE PURSUANT TO RULE 4(m) FEDERAL RULES OF CIVIL PROCEDURE** |

Plaintiffs having failed to show good cause why this action should not be dismissed without prejudice for failure to effect timely service pursuant to FRCP 4(m),

**IT IS ORDERED, ADJUDGED, AND DECREED** that the above-entitled action be, and hereby is **DISMISSED without prejudice** as to Defendant **CHICAGO TITLE AGENCY OF NEVADA, INC.**

DATED this 8th day of November, 2011.

_____
Gloria M. Navarro
United States District Judge