UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

KATHRYN E. WOLVERTON, DEBORAH GREENE, and MICHAEL GREENE,

    Plaintiffs,

vs.

NATIONAL DEFAULT SERVICING CORP., CHICAGO TITLE AGENCY OF NEVADA, INC., and MERSCORP, INC.,

    Defendants.

Case No.: 2:11-cv-00628-GMN-CWH

**ORDER OF DISMISSAL WITHOUT PREJUDICE PURSUANT TO RULE 4(m) FEDERAL RULES OF CIVIL PROCEDURE**

Plaintiffs having failed to show good cause why this action should not be dismissed without prejudice for failure to effect timely service pursuant to FRCP 4(m),

**IT IS ORDERED, ADJUDGED, AND DECREED** that the above-entitled action be, and hereby is **DISMISSED without prejudice** as to Defendant **CHICAGO TITLE AGENCY OF NEVADA, INC.**

DATED this 8th day of November, 2011.

_____
Gloria M. Navarro
United States District Judge