Cynthia L. Alexander, Esq.
Nevada Bar No. 6718
Cassie R. Stratford, Esq.
Nevada Bar No. 11288
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone:  702.784.5200
Facsimile:   702.784.5252
calexander@swlaw.com
cstratford@swlaw.com

*Attorneys for Defendants Wells Fargo Bank N.A.;
HSBC Bank USA, N.A.; and HSBC Mortgage Corp. USA*

### UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| KATHRYN E. WOLVERTON, DEBORAH GREENE, MICHAEL GREENE, individually and on behalf of each other herein,<br><br>Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK N.A.; NATIONAL DEFAULT SERVICING CORP; GMAC MORTGAGE; MORTGAGEIT, INC.; HSBC BANK USA, N.A.; HSBC MORTGAGE CORP. USA, a Delaware Corporation; Mortgage Electronic Registration Systems, inc., a Delaware Corporation, a subsidiary of MERSCORP, INC.; DEUTSCHE BANK NATIONAL TRUST COMPANY; Mortgage Loan Trust Series 2007-1, Mortgage Pass-Through Certificates, and Individuals 1-50, Inclusive; and ROES Corporations 1 to 30, Inclusive,<br><br>Defendants. | Case No.  2:11-cv-00628-GMN-CWH<br><br><br>**ORDER TO RELEASE LIS PENDENS** |

Presently before the court is the Motion to Release Lis Pendens (the "Motion"). The Court, having considered the Motion, together with all pleadings and papers on file and all

14101158

1  applicable law, it appears to this Court's satisfaction that good cause appearing therefore:

2      **IT IS ORDERED** that the Motion is **GRANTED.**

3      **IT IS FURTHER ORDERED** that the Notice of Lis Pendens recorded by Plaintiffs

4  against the real property described as 230 W. Highland Drive, Henderson Nevada 89015 with

5  Assessor's Parcel Number 179-19-211-009 as instrument number 201103180001331 is hereby

6  lifted, cancelled, expunged and RELEASED IN FULL. This cancellation has the same effect as

7  an expungement of the original notice.

8      **DATED** this 3rd day of January, 2012.

_____
Gloria M. Navarro
United States District Judge

SNELL & WILMER L.L.P.

By: _____
Cynthia L. Alexander, Esq.
Nevada Bar No. 6718
Cassie R. Stratford, Esq.
Nevada Bar No. 11288
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: 702.784.5200
Facsimile: 702.784.5252
calexander@swlaw.com
cstratford@swlaw.com

*Attorneys for Defendants Wells Fargo Bank N.A.;
HSBC Bank USA, N.A.; and HSBC Mortgage Corp. USA*

14101158